FILED 23 JAN '23 10:25 USDC-ORP

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

_____ District of _Oregon_

_____ Division

Case No.   6:23-cv-109 HZ

_(to be filled in by the Clerk's Office)_

Robert Patrick Hayes

Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

see attached        -v-
Gov. Kate Brown, Superintendent Corey
Phuerc, ODOC Director Heidi Steward, Medical
Services Admin. Aimee Hughs, M.P. H. Miller, Health
Services Asst. Dir. Joe Bugher, Warren Roberts MD

Defendant(s)        Medical Director
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Defendants (Front Page)

1. Gov., Kate Brown
2. Superintendant of O.S.P., Corey Fhuere
3. ODOC Director, Heidi Steward
4. Medical Services Admin., Aimee Hughs
5. N.P., H. Miller, Nurse Practitioner
6. Health Services Assistant Director, Joe Bugher
7. Medical Director Warren Roberts, MD
8. R. Holmes - Group Living
9. Devarshi Bajpal, B.H.S. Admin.
10. Anna Portnoi, B.H.S.
11. C. Coffey, Medical Services Manager

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                          Robert Patrick Hayes

All other names by which
you have been known:
ID Number                     13013025
Current Institution           Oregon State Penitentiary
Address                       2605 State ST

Salem                   OR          97310
    City                    State        Zip Code

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
    Name                      Kate Brown
    Job or Title (if known)   Governor of Oregon
    Shield Number
    Employer
    Address                   900 Court St

Salem                   OR          97301
    City                    State        Zip Code

☑ Individual capacity    ☑ Official capacity

Defendant No. 2
    Name                      Corey Phuere
    Job or Title (if known)   Superintendent of Oregon State Penitentiary
    Shield Number
    Employer
    Address                   2605 State St

Salem                   OR          97310
    City                    State        Zip Code

☐ Individual capacity    ☑ Official capacity

Form 39.010

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
    Name                  *Heidi Steward*
    Job or Title *(if known)*    *Director of Oregon Department of Corrections*
    Shield Number
    Employer             *O.D.O.C.*
    Address              *24499 SW Grahams Ferry Rd*
                      *Wilsonville      OR      97070*
                      City           State      Zip Code
                  [☒] Individual capacity    [☒] Official capacity

Defendant No. 4
    Name                  *H. Miller*
    Job or Title *(if known)*    *Nurse Practitioner*
    Shield Number
    Employer             *ODOC*
    Address              *2605 State St*
                      *Salem        OR      97310*
                      City           State      Zip Code
                  [☒] Individual capacity    [☒] Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

    A.      Are you bringing suit against *(check all that apply)*:

           [ ]   Federal officials (a *Bivens* claim)

           [☒]   State or local officials (a § 1983 claim)

    B.      Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

         *8th amendment "cruel and unusual Punishment".*

    C.      Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

B.

Defendant No. 5
Aimee Hughs        RA
Medical Services ~~Director~~ Administrator ~~RW.~~
O.D.O.C.
official Capacity and Individual Capacity

Defendant No. 6
Joe Bugher
Health Services Assistant Director
O.D.O.C.
Official Capacity and Individual Capacity

Defendant No. 7
Warren Roberts, MD, FAANS
Medical Director
Official Capacity and Individual Capacity

Defendant No. 8
R. Holmes
Group Living
O.D.O.C.
Official Capacity and Individual Capacity

Defendant No. 9
Devarshi Bajpal,
Behavioral Health Services Admin.
O.D.O.C.
Official Capacity and Individual Capacity.

Defendant No. 10
Anna Portnoi
Behavioral Health Services
O.D.O.C.
Official Capacity and Individual Capacity

Defendant No. 11
C. Coffey
Medical Services Manager
O.D.O.C.
Official Capacity and Individual Capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*See attached: D. 1,2,3 and D. 1,2,3*
*deliberate indifference To serious medical condition*

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐    Pretrial detainee

☐    Civilly committed detainee

☐    Immigration detainee

☒    Convicted and sentenced state prisoner

☐    Convicted and sentenced federal prisoner

☐    Other *(explain)* _____

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

*N/A*

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

*Oregon State Penitentiary, Segregation unit, Medical office*
*Sept 13 2022 through Dec 13 2022.*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.     What date and approximate time did the events giving rise to your claim(s) occur?

9:59 AM Sept 13 2022 Through 10 AM Dec 13 2022
and Dec 13 2022 through Jan 4, 2023 and continuing

D.     What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See attatched

## V.     Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Constitutional injuries, injuries to liberty, injuries to my civil rights
injuries to physiological and neurological health, trauma, mental health
injuries, injuries to reputation. Recieved No treatment, No remedial actions
emotional and psychological.
pain and suffering.

## VI.     Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

$50,000.00 - nominal damages
$500,000.00 - punitive damages for continually violating my civil rights and
placing my health and life at risk and allowing me to remain at risk.
$250,000.00 for constitutional damages and damages to mental health, emotional
and psychological injury and damages, pain and suffering
Compensatory

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**VII.    Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_Oregon State Penitentiary_

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

_Violation of 8th amendment right to be free from cruel and unusual Punishment...based on Prison living conditions and deliberate indifference to medical conditions, illegal housing mixing separate classifications/endangering inmates_

Form 39.010

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.    If you did file a grievance:

1.    Where did you file the grievance?

Oregon State Penitentiary
2605 State St.
Salem OR 97310

2.    What did you claim in your grievance?

Violation of 8th amendment rights due to deliberate indifference of serious medical condition, by medical staff and appropriate superiors.

3.    What was the result, if any?

None, Continual denial of care or remedial action

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

all steps were taken and completed. Submitted required forms and appeals. also submitted numerous kytes to Medical Services, Behavioral Health Services and others, requesting action.

Form 39.010

D. 1 On September 13, 2022 at Oregon State Penitentiary in the nursing station located in the segregation unit, Nurse Practitioner H. Miller delayed medical care of A.I.C. Robert P. Hayes. Miller asked me (Hayes) "what are you in segregation for?" I told Miller what the allegations of my pending potential sanction were, Miller said "I don't just put anyone on M.A.T." and "Lets see what happens"... (at my hearing) A couple days later I recieved a Kyte from miller denying me treatment. I argue that H. Miller discriminated against me due to my status as an inmate in segregation by withholding medical care from me. H. Miller comitted deliberate indifference and violated my 8th amendment right to be free from cruel and unusual punishment. "Prison Conditions" at O.S.P. are such that they reflect the opiate epidemic in this country. DOC has seen the necessity for an MAT program in prisons for people with certain diagnosis, diagnosis which are in the D.S.M. VI and are considered disabilities. Given the fact that Miller

continued to deny me any treatment at all that was available to me at the time of my appointment on sept 13 2022 through Dec 13 2022, 90 days total, I argue that she allowed me to remain at risk of overdose, death and other injury associated with my disability during my entire stay in segregation. I argue that my diagnosis should be considered serious medical condition due to the high rate of opiate related deaths and other factors concerning addictive disorders and disabilities. H. Miller and her superiors, the defendants in this complaint are culpable directly and through chain of command. Several medical staff were present during my appointment and conversation with H. Miller. I do not know their names. It is a fact that there have been multiple O.D.'s and deaths directly related to opiate use at O.S.P. and other prisons in Oregon. It is a fact that other AIC's in segregation have been given treatment options for their diagnosed disabilities, including AIC's that were in segregation due to similar allegations as my own. It is a fact that H. Miller exhibits unproffesional bias in her station as a Nurse Practitioner. I argue that H. Miller's

#2

refusal to treat my disability was a decision she made because of considerations that were outside the scope of her profession. Her decision was punitive in nature. This is evidenced by: her claim that there was a security risk and not giving any explanation of said risk, not looking at my medical history which shows at least 15 years of opiate addiction issues including various treatments that were either unsuccessful or partially/temporarily successful aside from two years of MAT treatment that was entirely successful and completed, and by acting in a contradictory fashion by denying a specific treatment for a specific disorder because of behavior that is directly related to that disorder and used to diagnose that disorder. To clarify, identifying behaviors that must be present to find a diagnosis of opiate use disorder should not be used to come to a conclusion that the diagnosed patient should be denied that treatment. Especially when no other treatment is offered or available. On 9-27-22 H. Miller, NP wrote: "Patient does not qualify for MAT program due to conspired to possess a controlled substance, drug possession/AFC conspired to distribute or have distribution." This is a safety issue to patient

#3

and other AIC's", I argue that treating my medical condition did not and still does not pose a safety issue, regardless of my resons for being in a segregation housing unit. I argue that the allegations and finding of guilt by a DOC hearings officer, based on preponderance, do not justify witholding medical treatment from an AIC. Aside from the fact that I did not commit the alleged infractions, the incident leading to the sanction happened in a different facility (Coffee Creek, not OSP.) and over 30 days prior to the grievance response I recieved from Katherine A. Ross RN on Sept 30 2022 which stated the above quotation from H. Miller. In that same grievance response (greivance # OSP-2022-09-052) K. Ross writes "Per policy and protocal: P-F-04.1 Medically Assisted Treatment (MAT) under MAT diversion it reads; If misuse or diversion has been identified, the provider will make appropriate medical decisions possibly including the discontinuation of the patients std MAT plan". It is a fact that at no time was misuse or diversion identified. I was not on the MAT program and therefor could not misuse or divert the medication. I was never found in possession of any substance, any urinalysis were all clean. Also, I was prescribed opiates on two separate occasions while in segregation. As of Jan-4-2023 I have still not recieved any care for my issues, mental or medical.              #4

D.2. As yet unknown date and time. I had an appointment with Anna Portnoy at which I requested care for my mental health diagnosis. She asked me what symptoms I was experiencing and I told her. It was my perception that ~~that~~ A. Portnoy did not believe my claims of mental illness. She even went as far as claiming "that's strange, that doesn't sound right, that doesn't make sense", or something of that nature, when I told her where I was diagnosed with the mental health disorders that qualified me for social security disability. I explained to Portnoy that she could have me evaluated if she didn't believe me or she could check my history, to which she replied that I wouldn't be at OSP long enough to get an eval. Later she sent me Release of Information forms so Behavioral Health Services could retrieve the information A Portnoy claimed they needed to care for my mental illness. After repeated attempts and sending kytes I have still not recieved any mental health care at O.S.P. I would also like to note that during my O.V.O. evaluation on Sept 7, 2022, A. Portnoy stated "I'm in a hurry so you can answer my questions before I finish asking them"... She has not acted professional at either appointment. My complaint is that

#5



Anna Portnoy and other B.H.S. staff at OSP were deliberately indifferent to my mental health needs, violating my 8th amendment rights.

D.3. Upon release from segregation at OSP on Dec. 13 2022 I was ordered to housing assignment D221B where another inmate who was/is a registered sex offender was residing. I did not become aware of that inmates sex offences until I had my wife do a background check on him on Jan 1st 2023. That inmate, Jared Walters, shared his mental health status with me before 1-1-23 and also his behavior suggested signs of severe mental illness. My complaint is that O.S.P. staff endangered the safety and security of myself and other AIC's by housing me with another inmate who should not be housed in general population or with certain classifications of inmates. My own mental health diagnosis stems from abuse as a child and being housed with a registered sex offender without knowledge or even with knowlege of his status caused me intense grief and mental anguish when I found out I had been housed with him for nearly three weeks, as well as the danger posed by not being aware of his status for that time and after that time. My rights were violated in this manner as well. On Jan. 3, 2023 I recieved a returned Cell assignment Request from #6

R. Holmes, who denied my request to be housed apart from inmate Jared Walters, who is of a classification that, when mixed with certain other classifications of inmates, poses a threat to the security and safety of AIC's. R. Holmes wrote "Find someone you can cell with and put in a move request". I argue that R. Holmes intended to allow AIC's to remain at risk of physical violence and damage as well as allowing AIC's to remain in a state of severe mental distress that, in my case, stemmed from trauma in my childhood as I was a victim of sexual abuse. This situation in itself was traumatic as well, realizing that I had been housed in a tiny cell with a dangerous sex offender for three weeks without knowing.

P.S. - #1

I would like to note that dental proffesionals at OSP saw no danger or safety and security risk in prescribing me opiate medication on two separate occasions. This is noted as a contrast to H. Miller's actions and as evidence to support my claim against all defendants appropriate.

#7

D. 12,13
a)

Medical Services Administrator, as H. Millers' boss or superior, is culpable because her failure to oversee her employees or crew members to make sure they performed their jobs according to the law and known current standards in medical practice. Medical Director Warren Roberts, MD, is culpable by failing to ensure that those employees he is responsible for did their jobs according to law and the current standards in medical practice, failing to act in a manner that a supervisor should act by ignoring that A. Hughs was not performing her duties. Health Services Assistant Director Joe Bugher is culpable through his supervisory position of Roberts, Hughs and Miller by failing in the same respects as Hughs and Roberts, allowing his inferiors to perpetrate violations of my 8th amendment rights. J Bugher is also responsible for the failure of Devarshi Bajpal to oversee an employee and ensure my rights to medical care were upheld. Director of Oregon Department of Corrections, Heidi Steward is culpable by failing to ensure AIC's rights are not violated while under the care of aODX facility. Superintendant of Oregon State Penitentiary is Culpable by failing

#8

to ensure AIC's rights are not being violated at O.S.P. Governer of Oregon Kate Brown is culpable by failing to oversee and ensure prison conditions are not in violation of AIC's rights in whatever form those failures take. All defendants are culpable in that all of them failed, at their various levels of responsibility, to ensure the safety and security of an AIC's Physical and Mental health by allowing a significant risk of injury, both physical and mental, to remain unremedied under conditions which are both provable and well known to be severe and widespread. R. Holmes is culpable by allowing or intending to allow two AIC's to remain housed in the same cell when at least one of those AIC's was of a classification that is not supposed to be mixed with the other AIC's classification. C. Coffey is culpable in the same managerial and supervisory failures, as Medical Services Manager, as her fellow employees at O.S.P. who are defendants here. Her failure to intervene on my behalf exhibited indifference and negligence of her/his duties and to my safety and health. These failures of the defendants have also caused continued emotional and psychological distress and suffering.

#9

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here:

_N/A_

2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

_N/A_

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

_See attached: Kytes and Grievances_

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.    Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_N/A_

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)    _____

Defendant(s)    _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.    Docket or index number

_____

4.    Name of Judge assigned to your case

_____

5.    Approximate date of filing lawsuit

_____

6.    Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition.    _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

IX.    **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.    **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    1-17-2023

Signature of Plaintiff    *Robo R Hayes*
Printed Name of Plaintiff    Robert Patrick Hayes
Prison Identification #    13013025
Prison Address    2605 State ST
Salem                                OR        97310
                    *City*              *State*        *Zip Code*

B.    **For Attorneys**

Date of signing:    _____

Signature of Attorney    _____
Printed Name of Attorney    _____
Bar Number    _____
Name of Law Firm    _____
Address    _____
                    _____
                    *City*              *State*        *Zip Code*
Telephone Number    _____
E-mail Address    _____

Form 39.010

Notes:

Exhibits - copies of A.I.C. Communication forms and grievances are included here. Any forms that were returned to me without a date or signature are marked with * or ⊛ on both the communication form and the attached communication from staff. I wrote J. Gordius on the signature line of an unsigned A.I.C communications form AFTER the fact. After I recieved it as a response.

# OREGON DEPARTMENT OF CORRECTIONS

## AIC COMMUNICATION FORM

TO: MAT / H. Miller                    Date: 10-19-2022

State your issue in detail: I respectfully request to know how conspiracy to possess and conspiracy to recieve distribution, the 2 infractions on my disciplinary report, are a threat to Oregon State Penitentiary. Keep in mind, please, that the infraction took place in Coffee Creek facility over two months ago. Also please note that a separate provider saw fit to prescribe me a course of narcotic opiates. I understand these questions may seem redundant but I need straight answers for my records so, please bare with me. 1) What is the exact danger posed by my alleged infraction? 2) What is the exact danger that is posed by allowing me to recieve treatment for my diagnosis?

| AIC Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| Robert P. Hayes | 13013025 | Seg 2 214 |

Response/Action Taken:

Date Received: _____    Referred To*: _____

Date Answered: _____    Signature of Staff Member: ✳
*If forwarded, please notify the AIC

CD 214 (02/2020)

# OREGON DEPARTMENT OF CORRECTIONS

## AIC COMMUNICATION FORM

TO: _J. Gordius_      Date: _10-24-2022_

State your issue in detail: I got your response, sorry that kite had more than one issue on it. I see why you responded to only one of those issues, I think. So, now I ask if there is anything you can do to help me get proper medical treatment? I am on S.S.D. and am not being seen or scheduled for anything after seeing B.H.S. 4 times. To summerize, I need someones help to get the medical care and mental health care that is part of my 8th amendment rights. If ANYTHING can you at least get me the address and phone number for the ACLU please? I appreciate you doing your job to help decrease my chances of recidivism and encourage rehabilitation.

| AIC Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| Robert P. Hays | 13013025 | Seg 2 214 |

Response/Action Taken: _____

_____

_____

_____

_____

_____

_____

Date Received: _____ Referred To*: _____

Date Answered: _____ Signature of Staff Member: _____

*If forwarded, please notify the AIC

CD 214 (02/2020)

# OREGON DEPARTMENT OF CORRECTIONS

## AIC COMMUNICATION FORM

TO: *Director of O.D.O.C.*                    Date: *11-16-2022*

State your issue in detail: I am not recieving appropriate medical care at O.S.P. The medical staff continue to witthold, deny or delay treatment for my diagnosis. N.P. H. miller and one of her superiors claim a safety issue where there is none. The communications I have recieved from them are ~~evident of~~ this evidence that this purposeful disregard for my healthcare is punitive in nature, violating my 8th amendment right to be free from cruel and unusuall punishment by demonstrating "Deliberate Indifference" to my medical condition, which is a serious condition. I have recieved much case law on type of complaint and find I am correct in my complaint and that N.P. H. Miller and her superiors are in violation of my 8th amendment rights. That means, according to case law, that the governor of Oregon, the director of O.D.O.C, the O.S.P. Medical director and the superintendent of O.S.P. are culpable and in violation. All I want is the treatment for my diagnosis, the only treatment available to an AIC in Seg at OSP. Thank you.

| AIC Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| Robert P. Hayes | 13013025 | Seg 2 214 |

Response/Action Taken: _____

_____

_____

_____

_____

_____

_____

_____

Date Received: _____*_____    Referred To*: Central Health Services

Date Answered: _____*_____    Signature of Staff Member: Oscalina

*If forwarded, please notify the AIC

CD 214 (02/2020)



**STATE OF OREGON**
**DEPARTMENT OF CORRECTIONS**
**Oregon State Penitentiary**
**2605 State Street**
**Salem, Oregon 97310-0505**

**DATE:** 10/24/2022

**TO:** Hayes, Robert #13013025 Sg 214

 **FROM:** J. Gordius, Correctional Counselor

**SUBJECT:** Kyte

Hello,

I saw your attached kyte. I recommend you kyte the grievance coordinator, Adam Kidwell.

Thank you,



J. Gordius

OCT 24 2022

Correctional Counselor

## OREGON DEPARTMENT OF CORRECTIONS
## AIC COMMUNICATION FORM

TO: ~~XXX~~ J. Gordius _____    Date: 10-19-2022

State your issue in detail: MAT/medical provider H. Miller is discriminating against me by witholding medical treatment as a punishment. This is a violation of my 8th amendment rights. I am currently waiting on the first appeal of my original grievance. I also filed a discrimination complaint against H. miller but it was sent back, saying there wasn't enough info which is not true. I gave plenty of detailed info. The other reason it was ~~sent back~~ denied is because "I already covered those details in my grievance." The reason, according to H. Miller, that I am being denied treatment is because my "infractions" are a danger or a "safety issue." The infractions (which I didn't even do, for real) "happened" in coffee creek over 2 months ago. The real safety issue is my lack of health care. FYI I have MAT in my medical history and was successful on it for 2 years between 2017 and 2019 at Medtrix in Longview, WA. My Dr. is Ajander Sherrgil. I would like a second opinion if you do not wish to help me by emailing H. Miller. I

| AIC Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| Robert P. Hayes | 13013025 | Seg 2 214 |

Response/Action Taken: am preparing to file a law suit and I have help from someone who won their case and shown me proof that they won. I will win. It doesn't have to go that far though if ~~the~~ I can get the treatment I deserve as my right. Thank you for your time. Please note that a separate provider saw fit to prescribe me a short course of opiate narcotics for pain (which I was grateful for but did not ask for). So how ~~does~~ denying me MAT make sense? Its an injection (Essentially) I am being denied treatment for addiction diagnosis for behavior that is used to make that same diagnosis I.E. addict behavior/drug seeking behavior. Please Help.

Date Received: _____    Referred To*: _____

Date Answered: OCT 24 2022    Signature of Staff Member: J Gordius ✻ see attatched

*If forwarded, please notify the AIC

CD 214 (02/2020)



**STATE OF OREGON
DEPARTMENT OF CORRECTIONS
Oregon State Penitentiary
2605 State Street
Salem, Oregon 97310-0505**

**DATE:** 1/12/2023

**TO:** Hayes, Robert #13013025 D-221 B

**FROM:**  J. Gordius, Correctional Counselor

**SUBJECT:**  Answer(s) to questions in office visit

Hello,

Following up on some questions you had during our office visit last week. As far as your Washington state fines/fees/restitution/supervision fines/etc. Oregon DOC will not help pay for other state fines. I was told you can fill out a CD-28 and you can start paying those off while you are here through your trust account, but unfortunately Oregon won't help pay other states fines.

As far as the MAT program, I'm still waiting on an answer from BHS/Medical so hang tight until I get an answer on that.

Please let me know if you have any other questions/concerns.

Thanks!

J. Gordius

JAN 1 2 2023

Correctional Counselor

# OREGON DEPARTMENT OF CORRECTIONS

## AIC COMMUNICATION FORM

**TO:** _Health services_   **Date:** _____

State your issue in detail: _I was just wondering when they're going to start my "short coarse" of meds before I get the sublocade shot._

_Robert Hayes_

**AIC Committed Name (first middle last)** | **SID#** _13018025_ | **Housing Unit** _214 5092_

---

Response/Action Taken: _The provider will Review your Chart on Tuesday The 13th. more Than Likely you will Start The program on Wed The 14th._

Date Received: _9-10-22_    Referred To*: _Provider_

Date Answered: _9-10-22_    Signature of Staff Member: _[signature]_

*If forwarded, please notify the AIC

CD 214 (02/2020)

**OREGON DEPARTMENT OF CORRECTIONS**

**AIC COMMUNICATION FORM**

TO: _B·H·S·/ Mental Health_      Date: _8-31-2022_

State your issue in detail: _I would like to speak with a mental Health counselor that can help me figure out what to do about my Social Security Disability benefits AS WELL as discuss Treatment options for my main diagnose's - schizoaffectivedisorder - and anything else related to B.H.S._

| AIC Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| Robert P. Hayes | 13013025 | Seg 21C |

Response/Action Taken: _Courtney McFadden is your release Counse Jessica Gourdius is your Corrections Counselor. I emailed both of these people and Anna Portnoy - MAT assessment. I asked about Social Security, housing and NA groups. MAT Assessment Scheduled for 9/8/22_

Date Received: _9/3/2022_      Referred To*: _____

Date Answered: _____      Signature of Staff Member: _Barbara Harvey Jackson_
*If forwarded, please notify the AIC

CD-214 (02/2020)

# OREGON DEPARTMENT OF CORRECTIONS
## AIC COMMUNICATION FORM

TO: B.H.S.                                     Date: 9-14-2022

State your issue in detail: Provider said "I don't just put people on MAT". This was said to me After provider asked me about my pending DOC sanction when she also said its wait and see what happens with that "first". It occurs to me that regardless of the outcome of my hearing, I still meet the criteria for MAT care. The possibility that medical treatment is being denied me because of a possible DOC violation concerns me. especially when I have medical history that shows successful recovery for 2 years on an MAT. the only 2 years of recovery in nearly 20 years of opiate addiction. The DOC "violation" allegations were dismissed but they can rewrite it as many times as they want indefinitely. So that indefinitely prevents me from proper care? Does it indefinitely suspend the hippocratic oath? I've met all the criteria multiple times for MAT in the last 6 months and been denied (not openly or directly denied) all the while being strung along with false hopes of treatment. Can you help me? Or has someone influenced you to prevent me getting proper care? Please don't punish me for asking these questions like I am being punished (unusually, when it comes to medical care it seems) for trumped up allegations or rule violations that I didn't commit and that can be recycled. Do they think I

| AIC Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| Baleri P Hayes | 13013925 | seg 2 214 |

am being nefarious or planning on doing something bad concerning the treatment? They give me a shot in the stomach! What can I possibly do that would be bad, with an injection they personally give me themselves? Then can watch me if they want.

Response/Action Taken:

Response / Action Taken:

The only part that BHS has w/the MAT Program is the OUD Screening. Medical determines if you are accepted into the Program. I have forwarded a copy of this Kyte to H. Miller.

Date Received: 9/16/22          Referred To*: MAT Program

Date Answered: 9/16/22         Signature of Staff Member: Laurie Rhoades
*If forwarded, please notify the AIC

CD 214 (02/2020)

**OREGON DEPARTMENT OF CORRECTIONS**

**AIC COMMUNICATION FORM**

9/15/22

TO: _Provider_                    Date: _9-13-2022_

State your issue in detail: _I have provided a copy of the outcome of my disciplinary report / sanctions. The outcome is Dismissed - W/o prejudice. Now that you are aware of the outcome may I please start a course of sublocade MAT?_

| AIC Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| _Robert P. Hayes_ | _13013025_ | _Seg. 2  214_ |

Response/Action Taken: _needs a BHS. evaluation._

Date Received: _____    Referred To*: _BHS._

Date Answered: _____    Signature of Staff Member: _____
*If forwarded, please notify the AIC

CD 214 (02/2020)

**OREGON DEPARTMENT OF CORRECTIONS**

9/15/22

**AIC COMMUNICATION FORM**

TO: _Provider_                              Date: _9-13-2022_

State your issue in detail: _I have provided a copy of the outcome of my disciplinary report/sanction. The outcome is Dismissed — w/o prejudice. Now that you are aware of the outcome may I please start a course of sublocade MAT?_

| AIC Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| Robert P. Hayes | 13013025 | Seg. 2  214 |

Response/Action Taken: _needs a BHS. evaluation._

_Hello Mr. Hayes —_

_It appears you have been referred to Medical. I suggest talking with them._
                              _Take care._

Date Received: _9/20/22_         Referred To*: _BHS. Medical_

Date Answered: _9/20/22_         Signature of Staff Member: _Tanya_

*If forwarded, please notify the AIC

CD 214 (02/2020)

**OREGON DEPARTMENT OF CORRECTIONS**

**AIC COMMUNICATION FORM**

Triaged
Date: 9/19/22
Initials: ____

TO: M.A.T. or Medical provider _____ Date: 9-14-2022

State your issue in detail: Provider said "I don't just put people on MAT". This was said to me after provider asked me why I was in segregation. I replied that I was waiting on a hearing for some allegations. It occurs to me that regardless of the outcome of my hearing I still meet the criterea for the MAT program. The possibility that medical treatment is being denied me because of a POSSIBLE DOC violation concerns me. Especially when I have medical history that shows successful recovery for 2 years while on a MAT program. The ONLY 2 years of recovery in nearly 20 years of opiate addiction. I have already been screened for MAT, met all criteria (multiple times in the last 6 months) and for some reason or another I have been denied treatment while being, it seems, strung along to believe I was going to start the program... again multiple times. My DOC violation were dismissed but I understand they can rewrite them as many times as they want indefinitely, preventing me from getting out of seg and getting medical care apparently.

AIC Committed Name (first middle last)  Robert P Hayes | SID# 13013025 | Housing Unit Seg 2 214

Is there policy stating that medical care can be withheld during an indefinite investigation? What is the issue? Do they think am being nefarious or plan on doing something bad relating to the treatment? They can watch me take it. They give me a shot! what can I do with a shot that is inside me?!

Response/Action Taken: Unfortunately, MAT treatment will not be initiated MH or denied until there is a resolution to this matter. MH

Date Received: 9/20/22 _____ Referred To*: _____

Date Answered: 9/20/22 _____ Signature of Staff Member: _____

*If forwarded, please notify the AIC

CD 214 (02/2020)

# OREGON DEPARTMENT OF CORRECTIONS

## AIC COMMUNICATION FORM

TO: _B.H.S._      Date: _9-26-2022_

State your issue in detail: _When can I meet with my BHS counsder? I have yet to meet with him/her. I have issues that need to be addressed concerning my disorders._

| AIC Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| Robert P Hazle | 13013825 | 214 seg 2 |

Response/Action Taken:

_You have been Scheduled for MHC_

Date Received: _9/28/22_      Referred To*: _____

Date Answered: _9/28/22_      Signature of Staff Member: _Tanya_

*If forwarded, please notify the AIC

CD 214 (02/2020)

# OREGON DEPARTMENT OF CORRECTIONS

## AIC COMMUNICATION FORM

TO: _MAT Provider_                                    Date: _____

State your issue in detail: _Provider stated on returned kite that "becaause of the nature of your infractions you will not be considerd for the MAT program at this time". What is the "nature" of my infractions? Does provider even know? As for the provider making sure I am not actively using, That has been established and can be established again. Please discontinue discriminating against me. If my "infractions" were actually perpetrated by me it would still fall under behaviour which, under unbiased ~~~ provision, is used to determine an addict is a candidate for MAT. Please reconsider your ~~~ decision To continue witholding treatment from me. Thank You._

_P.S. This is the only treatment I have available to me._

| AIC Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| Robert P. Hayes | 130130 | Seg 2-214 |

Response/Action Taken: _9-28-22 Contact your BHS staff_

Date Received: _____      Referred To*: _____

Date Answered: _____      Signature of Staff Member: _____
*If forwarded, please notify the AIC

CD 214 (02/202...)

# OREGON DEPARTMENT OF CORRECTIONS

## AIC COMMUNICATION FORM

TO: ~~M~~ MAT / Medical                              Date: 10-7-2022

State your issue in detail: I sent a kite ~~out~~ ~~recently~~ recently and have got no response yet. I apologize if I seem impatient. Its just that usually the response comes much sooner than this one. I'm referring to and I hear that It man be ignored so I'm keeping track of it. The kite in question discusses the MAT issue but with new information so its not a repetition of previous kites. Thank You.

| AIC Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| Robert P. Hays | 13013025 | Seg 214 |

Response/Action Taken: Unfortunatly you Do not Qualify For The mat program at This Time. This is Due To Drug Posession and Conspired to Posess a Controlled Substance, and or Distribute.

Date Received: 10·9·22        Referred To*: _____

Date Answered: _____    Signature of Staff Member: K. Mulkey K

*If forwarded, please notify the AIC

CD 214 (02/2020)

# OREGON DEPARTMENT OF CORRECTIONS
## AIC COMMUNICATION FORM

TO: M AT/Medical    Date: 10-7-2022

State your issue in detail: I sent a kite recently and have got no response yet. I apologize if I seem impatient. Its just that usually the response comes much sooner than this one I'm referring to and I fear that it may be ignored so I'm keeping track of it. The kite in question discusses the MAT issue but with new information so its not a repetition of previous kites. Thank You.

| AIC Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| Robert P. Hays | 13013025 | Seg 214 |

Response/Action Taken: Unfortunatly you Do not Qualify For The mat program at This Time. This is Due To Drug Posession and Conspired to posess a Controlled Substance, and or Distribute.

Date Received: 10·9·22    Referred To*: _____

Date Answered: _____    Signature of Staff Member: _____

'If forwarded, please notify the AIC

CD 214 (02/2020)

# OREGON DEPARTMENT OF CORRECTIONS

## AIC COMMUNICATION FORM

**TO:** Dental                                    **Date:** 10-4-2022

State your issue in detail: Upper Left wisdom Tooth broken at gum line. Root of tooth causing ~~a~~ puncture of sinus cavit. Causing symptoms similar to sinus infection including nas smelling yellow mucus. I. Mean. Nasty. cant breath well through nose, swelling of sinus cavity. Mild pain, Major discomfort. Need tooth removed as this is a recurrence of an issue we tried to solve with anti biotics, which worked. but about 1 month after completing antibiotic course the problem has returned. Thank you for your time. Also, blood in right nostril when I blow my nose.

| AIC Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| Pelo Hawes | 13013025 | Seg 214 |

Response/Action Taken:

you are scheduled soon in Dental please watch for call outs

Date Received: 10-10-22          Referred To*: _____

Date Answered: 10-10-22          Signature of Staff Member: _____

*If forwarded, please notify the AIC

CD 214 (02/2020)



# OREGON DEPARTMENT OF CORRECTIONS

## AIC COMMUNICATION FORM

TO: _B.H.S._     Date: _10-7-2022_

State your issue in detail: _I would like to meet with my counselor please. I've been here over a month and still have not met with my B.H.S. counselor. I have things I need to discuss with counselor including questions about my mental health options here at OSP and my S.S.D. options, records etc._

---

AIC Committed Name (first middle last)

_Robert P Hayes_

SID# _13013025_

Housing Unit _Seg 2 214_

Response/Action Taken:

_Mr. Hayes - You are not on a BHS caseload. What is the name of the staff you are trying to reach? Best, Ann_

Date Received: _10/10/22_     Referred To*: _____

Date Answered: _10/10/22_     Signature of Staff Member: _____

*If forwarded, please notify the AIC

CD 214 (02/2020)

# OREGON DEPARTMENT OF CORRECTIONS

## AIC COMMUNICATION FORM

TO: _Mental Health_                    Date: _10-7-2022_

State your issue in detail: _I still have not seen mental health. I am on S.S.O. and would like to seek treatment for my disorder. Pleas schedule me an appointment with a mental health clinician._

| AIC Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| Robert P. Hayl | 13013025 | Seg 214 |

Response/Action Taken:

_You have met w/ BHS, "mental health" on 9/3/22, 9/7/22 and 10/1/22. You will be seen in the mental health clinic this Wednesday to address your concerns._
_Best, Ann_

Date Received: _10/10/22_          Referred To*: _____

Date Answered: _10/10/22_          Signature of Staff Member: _____

*If forwarded, please notify the AIC

CD 214 (02/2020)

# OREGON DEPARTMENT OF CORRECTIONS

## AIC COMMUNICATION FORM

TO: _D.O.C_                              Date: _9-26-2022_

State your issue in detail: _I would like to appeal my DOC sanction please. How do I do so? I need the paper work to do so and was told to ask legal. Is this correct?_
_I need form CD1442 please._

| AIC Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| Robert P. Hayes | 13813825 | Seg 2 214 |

Response/Action Taken: _I found this attached form but looks like it is an old one. You may want to reach out to the Inspector General as they may have an updated form. The New address for the Inspector General is: 3723 Fairview Industrial Dr._
_SE Suite 200_
_Salem, OR 97302_

Date Received: _10·10·22_          Referred To*: _____

Date Answered: _10·10·22_          Signature of Staff Member: _____
*If forwarded, please notify the AIC

J. Gordius

OCT 10 2022

Correctional Counselor

CD 214 (02/2020)

Hooper

# OREGON DEPARTMENT OF CORRECTIONS
## AIC COMMUNICATION FORM

TO: _Dental_      Date: _10-8-2022_

State your issue in detail: _Need Tooth removed. upper left wisdome tooth broke off at gumline_

| AIC Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| Robert P Hanes | 13013025 | Seg 2 214 |

Response/Action Taken:

_You are scheduled soon in dental._

Date Received: _10-11-22_      Referred To*: _____

Date Answered: _10-11-22_      Signature of Staff Member: _Kremer_   Cremert LDA

*If forwarded, please notify the AIC

CD 214 (02/2020)

# OREGON DEPARTMENT OF CORRECTIONS

## AIC COMMUNICATION FORM

**TO:** H. Miller, NP      **Date:** OcT 2 2022

State your issue in detail: I respectfully request to be given a chance at MAT. policy P-F-04.1 does not apply to me because I did not misuse or divert anything and could not divert or misuse anything because the MAT was never initiated. Additionally, there is no threat to the safety of myself or any AIC at this time, nor was there at anytime. The incident that led to my alleged infractions, although I did not commit the infractions, took place in the mail room at Coffee Creek Correctional Facility. So, also, there was/is no danger to the safety or security of O.S.P. or anyone in it. I will continue to seek treatment for my disorders (S.U.D, O.U.D) that are symptoms of the disease of addiction. The longer an addict is engaged in treatment the better chances of remaining sober and successful. Also, it has been found that cravings in an untreated addict get more intense, last longer and are increasingly difficult to manage as time goes on. This amounts to intentional denial of or delaying

| AIC Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| Robert P. Hayes | 13013025 | Seg 2 214 |

Response/Action Taken: access to medical care. See Clement v. Gomez 298 F. 3d 898 (9th Cir. 2002) and McGuckin v. Smith 974 F.2d 1050 (9th Cir. 1992). I deserve a chance. Thank you for your time.

P.S. It has been over 45 days since placed in SEG and over 50 days since alleged infraction... So is there a time limit that must expire before I am able get medical care? If not, then, according to your opinion, my 9 felony conviction of drug possession in Washington state would disqualify me for MAT even though possession laws (VUCSA) were found unconstitutional and vacated in 2021 retroactively going back 40 years an mine are over 5 years old. **A chart review was Scheduled.**

Date Received: _____

Date Answered: 10-12-22

Referred To*: _____

Signature of Staff Member: _____

*If forwarded, please notify the AIC

CD 214 (02/2020)

# OREGON DEPARTMENT OF CORRECTIONS

## AIC COMMUNICATION FORM

TO: *MAT Provider*                    Date: 10-10-2022

State your issue in detail: I still have not recieved the kite I sent discussing the fact that I did not divert or misuse any substance, therefore not violating policy/protocol. On this same kite I explained that I had no opportunity to divert or misuse because no Treatment had been started yet. So, also, there was no attempt to misuse or divert. I also cited case law on violations of 8Th amendment rights ~~8th~~ 42 USC 1983 Title 28 USC section 1331, 1332, 2201, 2202 and 2284 so far. McGuckin v. Smith 974 F.2d 1050 (9th Cir 1992) and others. I also mentioned that the incident that led to my infractions happend over 55 days ago at a different facility and that although a hearings officer found me guilty, the evidence used clearly shows I did not posses or distribute any substance and my UA was clean. At no time was any AIC in danger nor was the safety of either facility comprimised. please return this kite and the previous one that was addressed to the provider who wrote the offending medical orders. thank you.

| AIC Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| Robert P Hayes | 13013025 | Seg 2 214 |

Response/Action Taken: ① citing our cases is not necessary as medical is not going to look them up.

② You were given a DR for ~~subtorad~~ Suboxone. Health Services did review the dates and you are correct the investigation was prior to the BHS referral for the MAT program.

③ The ordering provider will review your chart again. and the Licensed providers decision will be final.

TRIAGED

Date Received: 10-12-22          Referred To*: _____

Date: 10-12-22

Initials: _____

Date Answered: 10-12-22          Signature of Staff Member: _____

*If forwarded, please notify the AIC

CD 214 (02/2020)

# Test Results Communication

### Health Services Communication
## CONFIDENTIAL

You had Lab Studies/X-ray or a Procedure on 10/18/22 The results have
been received and reviewed.                                    (Date)

1. _____ Your test results as note below are back and an appointment
   has been made for you to discuss the results with your Provider.

2. ___✓___ Your test results as noted below are back and do not indicate
   an need to see a provider at this time. If you wish to talk to a Nurse to
   discuss your results please submit a request.

|  | Normal | Abnormal | Comment |
|---|---|---|---|
| Blood Count (CBC) | | | |
| Blood Chemistry Panel | | | |
| Cholesterol/lipids (Blood Fats) | | | |
| Liver Function/Enzyme Tests | | | |
| HbA1c (Blood Sugar Average) | | | |
| Urinalysis | | | |
| EKG (Heart Tracing) | | | |
| X-Ray | | | |
| | | | |
| | | | |

Comments/Instruction not quality fur MAT program alt Censpired
to Possess a centrated substance, Drug Possession,
and Censpired to distribute or to have
distributed any Control substance - Safety issue

Signature: Hnulla NPc        Millerha NP        Date: 10/18/22

| Inmate HAYES, ROBERT PATRICK 13013025 12/06/1982 | STD # | Housing | Unit |
|---|---|---|---|

# OREGON DEPARTMENT OF CORRECTIONS

## AIC COMMUNICATION FORM

**TO:** _MAT / H. Miller_                    **Date:** _10-19-2022_

State your issue in detail: _I respectfully request to talk to a nurse about my Test results Communication I recieved on 10/19/2022._

| AIC Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| Robert P Harts | 13013025 | Seg 2 214 |

Response/Action Taken: _You are Scheduled For Sick Call To Speak with a nurse_

Date Received: _10-20-22_        Referred To*: _____

Date Answered: _10-20-22_        Signature of Staff Member: _____

*If forwarded, please notify the AIC

CD 214 (02/2020)

# OREGON DEPARTMENT OF CORRECTIONS
## AIC COMMUNICATION FORM

TO: MAT / H. Miller                     Date: 10-24-2022

State your issue in detail: I need the kites back that I sent you on 10-19-2022 about what exactly is the safety issue with me. What danger do I pose to OSP? What threat do I pose that would prevent me from getting treatment for my disorders? Thank you.

P.S. Also, I need the kite back that I sent about a second opinion.

| AIC Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| Robert P. Hayes | 13013825 | Seg 2 214 |

Response/Action Taken: Please review your DR. from 9/23/22 the investigation found you guilty and this is the safety issue. for your request of a second opinion. Continue with grevence process.

TRIAGED
Date: 10-25-22
Initials: ___

Date Received: 10-25-22          Referred To*: 

Date Answered: 10-25-22          Signature of Staff Member: ___

*If forwarded, please notify the AIC

CD 214 (02/2020)

# OREGON DEPARTMENT OF CORRECTIONS

## AIC COMMUNICATION FORM

TO: MAT H. Miller _____ Date: 10-24-2022

State your issue in detail: I requested to speak with a nurse about my Test Results Communication, Since the communication was regarding MAT I did not see a qualified nurse, because the one who spoke to me said she wasn't able to talk to me about MAT and to send a kite to the provider which is H. Miller as far as I know. So I still need to speak with a qualified provider about my Test Results Communication that I recieved on 10/18/22.

| AIC Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| Robert R Hanes | 13013025 | Seg 2 214 |

Response/Action Taken: Staff RN/LPN's do not need to discuss this. The communications sent to you were from the provider H. Miller FNP tha has reviewed this multiple times and has the right to not prescirbe you suboxone/sublocade Please continue with your greviance process.

TRIAGED
Date: 10-25-22
Initials: [signature]

Date Received: 10-25-22

Referred To*: _____

Date Answered: 10-25-22

Signature of Staff Member: [signature]

*If forwarded, please notify the AIC

CD 214 (02/2020)



# OREGON DEPARTMENT OF CORRECTIONS
## AIC COMMUNICATION FORM

TO: _MAT Provider_ _____ Date: _10-24-2022_

State your issue in detail: _I may be transferring to a different facility so please help to make sure I get my kites back to the proper facility. I will be continuing to persue this matter if I do not get the medical care that I have a right to. ~~this reasons~~ Thank you._

_P.S. Please understand I do not view you people (whoever is responsible) as the "bad guy", just that one of us misunderstands the law and/or the U.S. Constitution. No hard feelings, you do not need to respond to this kite._

---

AIC Committed Name (first middle last): _Robert P. Haynes_ | SID# _13013025_ | Housing Unit _Seg 2 214_

Response/Action Taken: _Copies of ~~10-18-22~~ ~~kyte~~ 10-19-22 Kytes are in your chart. Originals should have been sent back to you._

TRIAGED
Date: _10-25-22_

Date Received: _10-25-22_    Referred To*: _____

Date Answered: _10-25-22_    Signature of Staff Member: _____

*If forwarded, please notify the AIC

CD 214 (02/2020)

# OREGON DEPARTMENT OF CORRECTIONS

## AIC COMMUNICATION FORM

TO: _H. Miller_      Date: _10-27-2022_

State your issue in detail: I respectfully request a written explanation to the question I asked in two previous kytes (one of which has not been returned). The question was not answered in the one response I have recieved. The question is "What is the danger currently posed by the administration of medical treatment for my disorder/s." I can be more specific if you need me to be. "What safety issue is currently present or may become an issue if I, AIC R. Hayes 13013025, was to be given medically assisted treatment for my diagnosis at O.S.P."? Please don't take offence to my inquiries. I need ~~or~~ an explanation from my current provides. thank you.
or would-be provider.

| AIC Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| Robert P. Hayes | 13013025 | SC9 2 214 |

Response/Action Taken: noTed. please conTiNue WiTh your grievence process. Per medical managers

Date Received: _10-28-22_    Referred To*: _____

Date Answered: _____    Signature of Staff Member: _____

*If forwarded, please notify the AIC

CD 214 (02/2020)

# OREGON DEPARTMENT OF CORRECTIONS

## AIC COMMUNICATION FORM

**TO:** H. Miller          **Date:** 10-27-2022

State your issue in detail: I respectfully request to be placed on MAT because my multiple diagnosis carries inherent dangers of drug use and overdose. I understand there have been multiple overdoses on phentanyl and heroin at this facility (OSP) and I know that if I get the opportunity to use these substances I would be hard pressed to decline not only because of my disorder but also because declining to participate in such behaviour could put me in danger of violence given the politics of this prison environment. There is a serious safety issue to consider here, concerning potential overdose and death at the worst but also less emergent circumstances such as anything that may come from using syringes to inject illicit substances, like infection or the spread of diseases like HEP C or H.I.V. Please reconsider. My family wants me to get the help I need and they are backing me up and preparing for potentialities. I don't want to die and my family would be very upset if that happened. I don't deserve to be kept

| AIC Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| Robert P Hayes | 13013025 | Seg 2 214 |

Response/Action Taken: Noted. Please continue with your grievence process. Per medical manager

Date Received: 10-28-22    Referred To*: _____

Date Answered: _____    Signature of Staff Member: _____

*If forwarded, please notify the AIC

CD 214 (02/2020)



# OREGON DEPARTMENT OF CORRECTIONS
## AIC COMMUNICATION FORM

TO: Anna Portnoy                     Date: 10-31-2022

State your issue in detail: I need the address to Awakenings drug and alcohol
treatment facility. and Family Health center, both, in Boise WA 98620
Also the Social Security office in Longview, WA 98632
Can you please send me two more R.O.I. forms as well. thank
you.

| AIC Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| Robert Hayes | 13013025 | Seg 2 2/4 |

Response/Action Taken:

10/29/2022

Mr. Haye's as discussed, please fill out this release of information
for the organization or provider who completed your mental health evaluation
so that we may request them. Thank you, Anna

I added both onto your attached
ROI. Thanks. We will request records
and be in touch. Anna

Date Received: 11/3/2>      Referred To*:

Date Answered: 11/3/22      Signature of Staff Member:

*If forwarded, please notify the AIC

CD 214 (02/2020)

# OREGON DEPARTMENT OF CORRECTIONS

## AIC COMMUNICATION FORM

TO: _Medical Manager / MAT_     Date: _11-8-2022_

State your issue in detail: _In response to the the kite I sent on 10-18-2022 which was returned to me on 11-2-2022, I would like to say that I am being patient as you suggested. I would ask that you please expedite this matter appropriately. I have been nothing but polite, respectful and professional in my communications and will continue to do so. I do not want to go to court over "deliberate indifference" with Hi Miller, or any other parties, for "delaying or denying treatment for a serious medical condition". And this qualifies as serious according to the case law I've been studying._

_Thank you,_
_Respectfully,_
_Robt P. Harp_

| AIC Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| Robt P. Harp | 13013025 | Seg 2 214 |

Response/Action Taken: _Parole date: 2/23/2023_
_Noted Please continue with your grievance process per medical managers_

Date Received: _11·11·22_     Referred To*: _____

Date Answered: _11·11·22_     Signature of Staff Member: _____
*If forwarded, please notify the AIC

CD 214 (02/2020)

# OREGON DEPARTMENT OF CORRECTIONS

## AIC COMMUNICATION FORM

TO: Medical / M.A.T. / Manager          Date: 11-16-2022

State your issue in detail: I still have recieved no recent communications regarding the medical treatment I seek, which is the only treatment available, to an AIC in Seg, and which is being administered to at least one other AIC in seg who has the same diagnosis as myself. This denial of medical treatment suggests that, in light of the facts, the denial is strictly punitive in nature which falls under "Deliberate Indifference" of AIC's serious medical issues. Which qualifies as "Cruel and Unusual Punishment" under the 8th amendment. There is real danger to AIC's, of overdose or other injuries or death, with an untreated diagnosis of this nature. There are drugs in prison and the only reason I choose to refrain from explaining my experience with that fact is fear of additional punitive action against me which would further delay medical treatment if the current paradigm remains unchanged. My complaint is not frivolous. Nor is it recreational and I deserve medical treatment

| AIC Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| Robert P. Hanes | 13013025 | Seg 2 214 |

Response/Action Taken: so I have a chance to decrease the potential of death or injury that accompanies substance use disorders particularly opiate use disorder during a worldwide/Nationwide opiate epidemic. People have died recently at OSP from such injuries. I don't want to be next. There is no safety issue other than that which exists due to the deliberate indifference of OSP staff.

Please Continue with the thank you Grievance Process Per Medical Managers

Date Received: 11/21/22          Referred To*: _____

Date Answered: 11/21/22          Signature of Staff Member: _____
*If forwarded, please notify the AIC

CD 214 (02/2020)



# Oregon

Kate Brown, Governor

**Department of Corrections**
Health Services Division
3723 Fairview Industrial Drive SE, Ste 200
Salem, OR 97302
(503) 378-5593
Fax (503) 378-5597



November 28, 2022

Robert P. Hayes, SID 13013025
Oregon State Penitentiary
2605 State St
Salem, OR 97301

RE:    Kyte dated November 16, 2022

Dear AIC Hughes:

This letter is in response to the above referenced kyte in which you ask for "the treatment for my medical diagnosis."

We recognize you are unhappy; however, from her review it is noted you were found in violation of Major Distribution for Buprenorphine on September 23, 2022.

We encourage you to work with your Correctional Counselor related to addiction and recovery programs available to you at OSP.

Health Services is committed to providing care that is respectful, compassionate, objective, and non-judgmental. The best way for you to achieve your healthcare goals is to continue working with the Health Services staff. Please feel free to communicate your medical needs with the healthcare staff.

Sincerely,

Warren Roberts, M.D., F.A.A.N.S
Medical Director

WR/cc

CC:    C. Coffey, BSN, RN, Medical Services Manager, OSP



# OREGON DEPARTMENT OF CORRECTIONS
## AIC COMMUNICATION FORM

TO: _Director of O.D.O.C._ Date: _11-16-2022_

State your issue in detail: _I am not recieving appropriate medical care at O.S.P. The medical staff continue to withold, deny or delay treatment for my diagnosis. N.P. H. Miller and one of her superiors claim a safety issue where there is none. The communications I have recieved from them are evident of this evidence that this purposeful disregard for my healthcare, is punitive in nature, violating my 8th amendment right to be free from cruel and unusuall punishment by demonstrating "Deliberate Indifference" to my medical condition, which is a serious condition. I have reveiwed much case law on type of complaint and find I am correct in my complaint and that N.P. H. Miller and her superiors are in violation of my 8th amendment rights. That means, according to case law, that the governor of Oregon, the director of O.D.O.C., the O.S.P. Medical director and the superintendent of O.S.P. are culpable and in violation. All I want is the treatment for my diagnosis, the only treatment available to an AIC in Seg at OSP. Thank you._

AIC Committed Name (first middle last)
_Robert P. Hayes_

SID#
_13013025_

Housing Unit
_Seg 2 214_

Response/Action Taken: _____

Date Received: _____ Referred To*: _Central Health Services_

Date Answered: _____ Signature of Staff Member: _Oscalira_

'If forwarded, please notify the AIC

CD 214 (02/2020)



# OREGON DEPARTMENT OF CORRECTIONS
## AIC COMMUNICATION FORM

TO: _BHS_      Date: _11-18-2022_

State your issue in detail: _What options for chemical dependency treatment for SUD and OUD are available to me at this time during which I am in segregation?_

| AIC Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| Pete Kengr | 13013025 | Seg 2 214 |

Response/Action Taken: _you can be screened for the MAT program once you leave DSU._

_Sarah, QMHP_

Date Received: _11/28/22_      Referred To*: _____

Date Answered: _11/29/22_      Signature of Staff Member: _Sara Nburg_

'If forwarded, please notify the AIC

CD 214 (02/2020)

# OREGON DEPARTMENT OF CORRECTIONS

## AIC COMMUNICATION FORM

TO: J. Gordius                    Date: 11-18-2022

State your issue in detail: What chemical dependency treatment options are available to me currently while I am in segregation?

| AIC Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| Robert Hayes | 13013025 | Seg 2 214 |

Response/Action Taken: You can talk to Counselor Traeger about doing Grogi or you can kyte BHS and talk with them about the peer Recovery mentor program.

J. Gordius

Date Received: 11.22.2022    Referred To*: _____    NOV 22 2022

Date Answered: 11.22.2022    Signature of Staff Member: Correctional Counselor

*If forwarded, please notify the AIC

CD 214 (02/2020)

# OREGON DEPARTMENT OF CORRECTIONS

## AIC COMMUNICATION FORM

**TO:** A. Kidwell                          **Date:** 11-15-2022

State your issue in detail: 35 days have passed since I recieved my first appeal response to my original grievance concerning my 8th amendment rights. I am writing to you because instructions on the cover letter of response prompted me to do so. In addition, I would request the full names of H. Miller, any persons in management positions overseeing medical staff, the superintendent of OSP, the director of O.D.O.C. and the new governor of Oregon, please. As well as appropriate titles and addresses where they can be served in process. They need to be made aware of my circumstances so summery judgement will be appealed if even accepted. thank you.

| AIC Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| Robert Hayes | 13013025 | Seg 2 2/4 |

Response/Action Taken: _____

~~Please specify and provide the grievance number of the grievance you have in question to insure you receive~~ the appropriate information.

Additionally, as grievance coordinator I coordinate the grievance process. Anything outside of that would be outside of my duties. Coordinating names and addresses is not a function of my position.

**A. Kidwell**
OSP Grievance Coordinator
12/7/2022

Date Received: _____     Referred To*: _____

Date Answered: _____     Signature of Staff Member: _____
*If forwarded, please notify the AIC

CD 214 (02/2020)

# OREGON DEPARTMENT OF CORRECTIONS

## AIC COMMUNICATION FORM

TO: _Kidwell_       Date: _11-27-2022_

State your issue in detail: _I turned in my 2nd grievance appeal. I gave it to a C.O. to put in the brown box. Have you recieved it yet?_

| AIC Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| _Robert A Hayes_ | 13013025 | Seg2 214 |

Response/Action Taken: _____

~~Please specify and provide the grievance number of the grievance you have in question to insure you receive~~ the appropriate information.

**A. Kidwell**
OSP Grievance Coordinator
12/7/2022

Date Received: _____   Referred To*: _____

Date Answered: _____   Signature of Staff Member: _____
*If forwarded, please notify the AIC

CD 214 (02/2020)

*Please Actually Read This*

# OREGON DEPARTMENT OF CORRECTIONS

## AIC COMMUNICATION FORM

TO: MAT medical staff or equivalent    Date: 12-12-2022

State your issue in detail: I respectfully request to be put on the MAT program now that I have completed the entire grievance process and still have not recieved treatment of any kind for my medical health condition diagnosis, I would like to Try again. Tomorrow, 12-13-2022, I get out of seg, because my sanction is up, so, since I was denied care because of my status as a segregated inmate will I be eligible for proper medical care? now that I will not be housed in the More secure housing of the seg unit? Before you say no, please consider that other inmates in seg right now are on the MAT program and others were put on it when they had the same infractions that I was wrongfully found guilty of. I'm sure its not necessary to put their names and sid #'s here because you can easily look up who they are but They assured me their support in my struggle to find treatments for my diagnosis the way they were able to.

Thank You.

| AIC Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| Robert P Hays | 13813025 | Seg 2 214 |

Response/Action Taken:

Please contact your BHS counselor. They have to do the first evaluation for the MAT Program.

Date Received: 12-12-22    Referred To*: _____

Date Answered: 12-12-22    Signature of Staff Member: _____

*If forwarded, please notify the AIC

CD 214 (02/2020)

# OREGON DEPARTMENT OF CORRECTIONS
## AIC COMMUNICATION FORM

TO: _BHS_ _____    Date: _12-13-2022_

State your issue in detail: _Please screen me for MAT program._

| AIC Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| Robin Haynes | 13013025 | D 2 21B |

Response/Action Taken: _____

_You already have the diagnosis, have you checked with medical?_

Date Received: _____    Referred To*: _____

Date Answered: _12/14/22_    Signature of Staff Member: _BHS_

*If forwarded, please notify the AIC

CD 214 (02/2020)

# OREGON DEPARTMENT OF CORRECTIONS

## AIC COMMUNICATION FORM

TO: _M.A.T._                                    Date: _12-16-2022_

State your issue in detail: _I have already been screened for MAT by BHS when I was in seg. They qualified me. Do I have to re-screen? Or can I just see the provider? The provider in seg said I had to wait until I got out of seg to get on MAT. I have the kites to prove it._

| AIC Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| Pablo Haynes | 13013025 | D221B |

Response/Action Taken:

**The MAT program is popular. If you have already been recommended by BHS, they notify Medical and then you will be scheduled. Please have patience and you will be seen by a MAT prescriber.**

Date Received: _12/17/22_          Referred To*: _____

Date Answered: _12/17/22_          Signature of Staff Member: _____

'If forwarded, please notify the AIC

CD 214 (02/2020)

## NON-EMERGENCY HEALTH CARE REQUEST

Name: _Robert Hayes_  State ID#: _13013025_  Housing: _D22/B_ Date: _12-20-2022_

**Medications:** □ I have not received my prescription  □ My prescription is about to expire  □ My prescription is not helping

**Vaccines:** □ Hepatitis A/B   □ Flu   □ Pneumonia   □ Shingles   □ Covid

**Tests:** □ HIV   □ Hepatitis C   □ Covid   □ STD

**Other Function:** □ BP check  □ Test result request  □ Is my appointment still scheduled? □ Other issues/not sick: _____

**Optical:** □ Eyeglass Repair  □ Eye exam  □ Other: _____

**Dental:** □ Pain or Swelling  □ Denture Evaluation or Repair  □ Other_____

**Health Care request, issue, concern, or sickness:**
_I am waiting for response to kyte concerning MAT program. I have_
_already recieved assesment and been diagnosed with OUD and told I_
_qualify._

**We have taken the following actions in response to your health service request:**

☒ You will be scheduled to see: ☒ Medical Provider  □ Nursing staff  □ Dental  □ BHS  □ Optometry

□ Your request has been forwarded to: □ Manager  □ Support Services  □ Pharmacy  □ Other:_____

□ See attached health education handout: _____

**Additional Comments:** MAT is initiated by BHS. If you have been referred to Medical by BHS for the MAT program, you will be scheduled with a Medical Provider. Your referral will be scheduled based on referral/release date. Please be patient and watch the call-outs. Thank you.

_Parole date:_
_3/3/2023+_

_Thankyou._

Responders Signature: _Ann Confurtio LPN_  Date: _12/20/22_

Triaged
Staff: _SBRN_
Date: _12/20/22_

CD 1738 9/2021

# OREGON DEPARTMENT OF CORRECTIONS

## AIC COMMUNICATION FORM

TO: _B.H.S._      Date: _12-25-2022_

State your issue in detail: _Please schedule me ~~the~~ to see medical for MAT. or notify medical / MAT that I need an appointment._

| AIC Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| Robert P Hayes | 130/3025 | D22/B |

Response/Action Taken:

_Mr. Hayes, BHS does not schedule appointments for medical. Please contact them directly. —A_

Date Received: _12/26/22_    Referred To*: _____

Date Answered: _12/26/22_    Signature of Staff Member: _____

*If forwarded, please notify the AIC

CD 214 (02/2020)

# OREGON DEPARTMENT OF CORRECTIONS

## AIC COMMUNICATION FORM

TO: _B.H.S._      Date: _1-4-2023_

State your issue in detail: _Once again I respectfully request to be given treatment options for my dual diagnosis/mental health/ S.U.D./O.U.D conditions. All of the above_

| AIC Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| Robert P. Hayes | 13013025 | D 221 B |

Response/Action Taken: _What exactly are you requesting? You release in less than 160 days. If you need Treatment for dual diagnosis I would encourage you to reach out to Columbia County Mental Health when you release._

Date Received: _____

Date Answered: _1/5/23_

Referred To*: _____

Signature of Staff Member: _Kaid Rhoades_

*If forwarded, please notify the AIC

CD 214 (02/2020)



**STATE OF OREGON**
**DEPARTMENT OF CORRECTIONS**
**Oregon State Penitentiary**
**2605 State Street**
**Salem, Oregon 97310-0505**

**DATE:** 1/13/2022

**TO:** Hayes, Robert #13013025 D-221B

**FROM:** J. Gordius, Correctional Counselor

**SUBJECT:** MAT program

Hello,

Per medical staff you do not qualify for the MAT program due to your actions/activities regarding contraband/drugs. If you have any questions/concerns, please let me know.

Thank you!



# Oregon Department of Corrections (ODOC)
## Oregon State Penitentiary
### Grievance - Accepted

**To:** Hayes, Robert Patrick    **SID #:** 13013025    **Cell:** OSP:SG214
**From:** Kidwell, A    **Date:** 09/27/2022

**Re:** Medical# OSP_2022_09_052

Your grievance was accepted and sent for a response. You should expect a response within 35 days from the date of this notice.  If you do not recieve a response within 35 days contact your institutions Grievance Coordinator.

If you have any questions regarding your grievance, please refer to the Department of Corrections Administrative Rule "Grievance Review System" tab #109 located in the legal library or kyte your institution Grievance/Discrimination Complaint Coordinator.

**Confidentiality Notice:** This document contains information belonging to the Department of Corrections.  This information may be confidential, restricted, and/or legally privileged, and is intended for appropriate and approved use under existing department rules, regulations, confidentiality and security agreements.  If you have received this document in error, please notify DOC immediately, keep the contents confidential, and promptly destroy the information and/or delete the document information from your computer system.

Page: 1 of 2 (3 page limit)    Grievance # OSP-2022-09-052    1st

Official Use Only                                    Resubmit

## GRIEVANCE FORM

Name: Hayes    Robert    P    13013025    seg 2   214

Last       First       Initial       SID#       Cell/Block/Bunk #

Whom are you grieving: Medical provider at Oregon State Penitentiary

Please provide the date/time of incident giving rise to grievance: Sept 13 2022  9:59 AM

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

Provider is descriminating against me by denying me proper Medical Treatment. There were 4 witnesses present in the Medical room at the time other than myself including 1 C.O. and 3 medical staff aside from the descriminating Provider. It is my belief that the provider may have allowed their personal prejudice against addicts, incarcerated peoples or people in seg units who are awaiting DOC hearings, to justify witholding Treatment from me. I claim This because she asked me why I was in seg and after I told her why She said "I don't just put people on MAT, lets wait and see what happens". This seems to indicate That she wants to see if im found guilty or not which indicates shes witholding medical Treatment, and prepared to continue to do so, based on potentials. Regardless of if I am found guilty of a DOC violation, I am still in need of proper medical Treatment and since I have met all official legal

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

Please Consider, it you are concerned about The allegations of my D.R. and/or the assumed behavior it could potentially indicate, That does not give valid reason for witholding the Treatment I seek, given The nature of the application of the treatment →

9-20-2022

Date

Robert P Hayes

Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility RECEIVED SEP 27 2022 OSP/MCCF GRIEVANCE OFFICE | Accepted/Denied/RFC ACCEPTED SEP 27 2022 OSP/MCCF GRIEVANCE OFFICE | Accepted/Denied/RFC |
|---|---|---|---|
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

For grievance information see back page. Distribution: White (Original grievance form); Canary (AIC receipt after processed)    CD 117 (11/2019)

Page: 2 of 2 (3 page limit)    Grievance # _OSP-2022-09-052_    1st

Official Use Only    Resubmit

**GRIEVANCE FORM**

Name: _Hayes_    _Robert_    _P._    _13013025_    _Seg 2 214_
  Last        First        Initial        SID#        Cell/Block/Bunk #

Whom are you grieving: _Medical provider_

Please provide the date/time of incident giving rise to grievance: _____

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

criteria required of me to recieve the treatment I am seeking, which I have successfully recieved before. I feel that my rights are being violated. I deserve to recieve treatment for my officially diagnosed disorder and, since there are no other options available to me, being denied treatment or having treatment witheld or postponed/delayed is not appropriate when I am proactively seeking treatment through all available and official channels.

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

I respectfully request to initiate the sublocade MAT program without further delay. Please set aside any prejudice of my "legal or behavioral conditions" and treat me fairly so can drop this matter and focus on recovery and success. Plus... I dont want to die (od)

_9-20-2022_    _Robert P Hayes_
Date    Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | RECEIVED SEP 27 ... OSP/MCCF GRIEVANCE OFFICE | ACCEPTED SEP 27 2022 OSP/MCCF GRIEVANCE OFFICE | |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

For grievance information see back page. Distribution: White (Original grievance form); Canary (AIC receipt after processed)    CD 117 (11/2019)

## GRIEVANCE RESPONSE FORM

**TO BE FILLED OUT BY STAFF**                                    Grievance #: OSP-2022-09-052

TO: Hayes, Robert                    13013025
_____
Name of grievant                         SID #

FROM: K. Ross, RN, BSN              Nurse Manager
_____
Name of respondent                       Title

List, in detail, action(s) taken.  (What action was taken?  Was the action what the AIC requested?  If not, why?  Who took the action?  When was the action taken – date/time?)

I have read your grievance and reviewed your medical record.

9/13/22 you were then seen by H. Miller, NP in clinic for a history and physical exam. you also discussed the MAT program.
9/27/22 H. Miller, NP wrote the following order: Patient does not qualify for MAT program due to conspired to possess a controlled substance, drug possession/ AIC conspired to distribute or to have distribution. This is a safety issue to patient and to other Adults in Custody (AIC).

Per policy and protocol: P-F-04.1 Medically Assisted Treatment (MAT)
under MAT diversion it reads:  If misuse or diversion has been identified, the provider will make appropriate medical decisions possibly including the discontinuation of the patients MAT plan.

Although you may disagree with your medical plan established by H. Miller, NP, it is noted that the medical care you are being provided is medically sound.

Thank you,

**Do not type past this line**

09/29/2022
_____
Date:                                Page 1 of 1

_Katherine A Ross, RN_
_____
Signature of Staff Member

_____
Signature of Supervisor (Print/Sign)

| Receiving Facility (if not processing facility) | Received at Processing Facility | Sent to AIC | |
|---|---|---|---|
| | | SENT | |
| | | SEP 3 0 2022 | |
| Date Stamp | Date Stamp | OSP/MCCF GRIEVANCE OFFICE Date Stamp | |

Distribution:
White (Original grievance response form)

CD117B (10/19)

Grievance # _OSP-2022-09-052A_ _____

*Official Use Only*      *Resubmit*

## GRIEVANCE APPEAL FORM

Name: __Hayes__   __Robert__   __P.__   __13013025__   __Seg 2  214__

Last      First      Initial      SID#      Cell/Block/Bunk #

List in detail all the reasons you disagree with the original grievance response or initial appeal response. (For the initial appeal, attach original grievance form and staff response. For the final appeal, attach the initial appeal form and response as well as the original grievance and response.)

I disagree with grievance response because I did NOT violate policy-protocol P-E-04.1. I did not misuse or divert ANYTHING because the treatment had not even been initiated. So, I had nothing to divert or misuse. Also, witholding treatment from an addict who has S.U.D and/or O.U.D. because of behaviour that is a symptom of S.U.D. and/or O.U.D. is counter intuitive and defies obvious logic. No AIC was in danger at any time at O.S.P. or at Coffee Creek where the incident that led to my DOC sanction took place over 50 days ago. Nor was either facility in danger at any time. Additionally, It seems illogical to assume diversion or misuse of medication would be likely when medical staff administer the Treatment under theie close supervision in the presence of corrections staff. Not to mention the treatment is a once per month injection in the stomach (after a short course of sublingual medication supervised by staff closely)

Describe what action you want taken to resolve the grievance appeal if different from original grievance submission.

_____

_____

_____

__10-2-2022__               __Robert P Hayes__

Date                                 Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility RECEIVED OCT 11 2022 OSP/MCCF GRIEVANCE OFFICE | Accepted/Denied/RFC ACCEPTED OCT 12 2022 OSP/MCCF GRIEVANCE OFFICE | Accepted/Denied/RFC |
|---|---|---|---|
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

Grievance # _OSP-2022-09-052 A_ _____

Official Use Only                    Resubmit

## GRIEVANCE APPEAL FORM

Name: _Hayes_ _Robert_ _P_ _13013025_ _Seg 2 214_
　　　　Last　　　First　　　Initial　　　SID#　　Cell/Block/Bunk #

List in detail all the reasons you disagree with the original grievance response or initial appeal response. (For the initial appeal, attach original grievance form and staff response. For the final appeal, attach the initial appeal form and response as well as the original grievance and response.)

I firmly believe my eighth amendment rights are being violated. See 42 USC 1983, Clement v. Gomez, 298 F.3d 898 9th Cir. 2002, McGuckin v. Smith 974 F.2d 1050 9th Cir 1992 and, for now, White v. Brown, B. Kelly, C. Peters, RH RN Gwen and CPL Cowe. I will continue to research and fight for my rights to be treated fairly and without retaliation to recieve appropriate treatment for my disorders/disease without fear of prejudice and descrimination of my status in society as an inmate in segregation. I thank you for your time. P.S. This denial of treatment is inappropriate and the medical care is not medically sound given the fact that I am being denied said medical care when, especially, my medical history and even my criminal history in WA (6 VUCSA + 3 Pending VUCSA before being vacated) show no other treatment has worked and that the only 2 years of sobriety was while I was on Suboxone MAT through Ajander Shergill at MedTriqs in Longview WA.

Describe what action you want taken to resolve the grievance appeal if different from original grievance submission.

_____
_____
_____

 2022 oct. 2　　　　　　　　_Robert P Hayes_
Date　　　　　　　　　　　　　　　　　Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility **RECEIVED** OCT 11 2022 OSP/MCCF GRIEVANCE OFFICE | Accepted/Denied/RFC **ACCEPTED** OCT 12 2022 OSP/MCCF GRIEVANCE OFFICE | Accepted/Denied/RFC |
|---|---|---|---|
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

For grievance information see back page. Distribution: Green (Original grievance form); Goldenrod (Inmate receipt after processed)　　CD 117C (10/2019)



**Oregon**

Kate Brown, Governor

**Department of Corrections**
Health Services Division
3723 Fairview Industrial Drive SE, Ste 200
Salem, OR 97302
(503) 378-5593
Fax (503) 378-5597

November 8, 2022

Robert Hayes, SID # 13013025
Oregon State Penitentiary
2605 State St
Salem, OR 97301

RE:    Grievance Appeal OSP-2022-09-052A

Dear AIC Hayes:

This letter is in response to the above referenced grievance appeal regarding your denial into the MAT program.

As noted in the grievance response, your provider had reviewed your case since taking you on as a patient. At the time of denial into the program, your provider had been given the charges brought against you. According to the Disciplinary Hearing, you conspired to possess a controlled substance, thereby violating Rule 1.15, Drug Possession. You also conspired to distribute, thereby, violating Rule 4.10.14, Distribution 1.

However, Oregon State Penitentiary Health Services will be referring you to BHS for an Opioid Use Disorder (OUD) evaluation. There are other treatment avenues other than the MAT program that may help you focus on recovery and become more successful. I encourage you to work with your Correctional Counselor to find out more about these programs.

Health Services is committed to providing care that is respectful, compassionate, objective and non-judgmental. The best way for you to achieve your healthcare goals is to continue working with the Health Services staff. Please feel free to communicate your medical needs with the healthcare staff.

Sincerely,

Warren Roberts, M.D., F.A.A.N.S.
Medical Director

WR/cc

CC:    A. Kidwell, Grievance Coordinator, OSP

SENT

NOV 1 4 2022

OSP/MCCF GRIEVANCE OFFICE

Grievance # _OSP-2022-09-052 AA_ _____

Official Use Only                    Resubmit

## GRIEVANCE APPEAL FORM

Name: _Hayes_ _Robert_ _P._ _13013025_ _Seg 2 214_

‿Last      ‿First      Initial      SID#      Cell/Block/Bunk #

List in detail all the reasons you disagree with the original grievance response or initial appeal response. (For the initial appeal, attach original grievance form and staff response. For the final appeal, attach the initial appeal form and response as well as the original grievance and response.)

The response to my initial appeal is unsatisfactory. It states that BHS will will be giving me an evaluation for Opiate Use Disorder. I have already been evaluated months ago and "qualified" at having O.U.D. It also suggests other treatments aside from MAT. None of those treatment options are available to me as an inmate in segregation, yet MAT is available and being administered to at least one AIC that I am aware of. I have communicated with health services about CD treatment and have yet to recieve any info on options currently available to me to help focus on recovery. I have been reading the N.A. 12 step basic text and have completed multiple packets on various topics one of which was chemical dependency. While my complaint concerns the denial of any available treatment (in this case MAT), the underlying issue is that H. Miller is showing and has shown evidence that strongly suggests her ~~decision~~ sR4. R~~the~~ ~~her~~ decision to disqualify me for MAT is punitive in nature.    (cont.)

Describe what action you want taken to resolve the grievance appeal if different from original grievance submission.

_____

_____

_____

_____

_11-17-2022_

Date

_Robert Hayes_

Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility **RECEIVED** NOV 2 2 2022 OSP/MCCF GRIEVANCE OFFICE | Accepted/Denied/RFC **ACCEPTED** NOV 3 0 2022 OSP/MCCF GRIEVANCE OFFICE | Accepted/Denied/RFC |
|---|---|---|---|
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

For grievance information see back page. Distribution: Green (Original grievance form); Goldenrod (Inmate receipt after processed)         CD 117C (10/2019)

Grievance # _OSP-2022-09-052 AA_ _____

Official Use Only            Resubmit

## GRIEVANCE APPEAL FORM

Name: _Hayes_ _Robert_ _P._ _13013025_ _Seg 2 214_

Last        First        Initial        SID#        Cell/Block/Bunk #

List in detail all the reasons you disagree with the original grievance response or initial appeal response. (For the initial appeal, attach original grievance form and staff response. For the final appeal, attach the initial appeal form and response as well as the original grievance and response.)

I have multiple kites suggesting this. The most recent kite I recieved on this matter has my current projected release date written first in the response suggesting I won't recieve care from medical services concerning MAT during my entire stay at OSP. But there is stronger evidence than that kite. However I also recieved a kite urging me to be patient because they were setting up a second opinion outside of DOC that I requested. I still have heard nothing about a second opinion aside from that one kite. I have signed release of information permission to BHS/OSP MHS/HS to review my medical histories including CD treatment, MAT and S.S.D. qualifications as well as diagnosis history. So, let it be known on record I am doing all I know to do to remedy this situation appropriately. I argue that there is substantial risk of physical injury and/or death from drug use even in segregation housing. This fact, as well as being denied treatment at all available avenues, continues to cause emotional and mental distress for different reasons.

Describe what action you want taken to resolve the grievance appeal if different from original grievance submission.

_____

_____

_____

_11-17-2022_

Date

_Robert Hayes_

Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | RECEIVED | ACCEPTED | |
| | NOV 2 2 2022 | NOV 30 2022 | |
| | OSP/MCCF GRIEVANCE OFFICE | OSP/MCCF GRIEVANCE OFFICE | |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

Grievance # _OSP-2022-09-052 AA_

Official Use Only                    Resubmit

## GRIEVANCE APPEAL FORM

Name: __Hayes__    __Robert__    __P.__    __13013025__    __Seg 2 2/4__
  Last        First        Initial        SID#        Cell/Block/Bunk #

List in detail all the reasons you disagree with the original grievance response or initial appeal response. (For the initial appeal, attach original grievance form and staff response. For the final appeal, attach the initial appeal form and response as well as the original grievance and response.)

One of which is that my 8th amendment right to be free of "cruel and unusual punishments" is being continually violated by "deliberate indifference" to a "serious medical need or potential need." I've also discovered that not only does N.P. H. Miller qualify as culpable, so too does any overseeing authority or leadership such as Warren Roberts, M.D., superintendent of OSP, director of ODOC and the current and previous governor of the state of Oregon. Miller's claim of a "safety or security concern" is invalid because the facts show otherwise, without question. Also, it is presumably not in her job description to make such determinations. Yet she continues to do so even after faced with proof opposing her claim. This suggests bias and punitive attitudes that clash with the Hippocratic oath. Please allow me to begin MAT treatment. Going to the courts is costly especially when filing on multiple fronts, but that is the only choice I have to continue my quest if this final appeal doesn't cause relief. Thank you. Respectfully Rob Hayes

Describe what action you want taken to resolve the grievance appeal if different from original grievance submission.

Please discontinue violating my civil rights. Please allow me a chance at treatment. Please persuade H. Miller to see reason and to put me on MAT. OR, please have a different provider do so. Thank You.

__11-17-2022__
Date

__Robert Hayes__
Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | RECEIVED | ACCEPTED | |
| | NOV 22 2022 | NOV 30 2022 | |
| Date Stamp | OSP/MCCF GRIEVANCE OFFICE Date Stamp | OSP/MCCF GRIEVANCE OFFICE Date Stamp | Date Stamp |

For grievance information see back page. Distribution: Green (Original grievance form); Goldenrod (Inmate receipt after processed)          CD 117C (10/2019)



**Oregon**

Kate Brown, Governor

**Department of Corrections**
Health Services Division
3723 Fairview Industrial Drive SE, Ste 200
Salem, OR 97302
(503) 378-5593
Fax (503) 378-5597

December 19, 2022

Robert Hayes, SID # 13013025
Oregon State Penitentiary
2605 State St
Salem, OR 97301

RE:    Grievance Appeal OSP-2022-09-052AA

Dear AIC Hayes:

This letter is in response to the above referenced grievance appeal regarding your denial into the MAT program.

I have reviewed your second grievance appeal, and I support the medical opinion of Dr. Warren Roberts, Chief Medical Director.

Please know that DOC does not have a policy that restricts patients from participation in MOUD treatment because of housing or misconduct. Appropriateness of MOUD prescriptions is a medical provider decision.

BHS completed an Opioid Use Disorder (OUD) evaluation on September 7, 2022. Your provider reviewed this assessment and made a medical determination to not provide MOUD treatment.

Health Services is committed to providing care that is respectful, compassionate, objective, and non-judgmental. The best way for you to achieve your healthcare goals is to continue working with the Health Services staff. Please feel free to communicate your medical needs with the healthcare staff.

Thank you for addressing your concerns appropriately. This concludes the grievance review process for this matter.

Sincerely,

J. Bugher
Assistant Director, Health Services

JB/cc
CC:    A. Kidwell, Grievance Coordinator, OSP

SENT

DEC 22 2022

OSP/MCCF GRIEVANCE OFFICE



# Oregon Department of Corrections (ODOC)
## Oregon State Penitentiary
## Discrimination Complaint - Denied

**To:** Hayes, Robert Patrick      **SID #:** 13013025      **Cell:** OSP:SG214

**From:** Eriksen, B      **Date:** 09/28/2022

**Re:** Discrimination# OSP_2022_09_091

The discrimination complaint you submitted is being returned to you due to non-compliance with the Department of Corrections (DOC) Rule #006 (Discrimination Complaints) for the following reason(s):

A discrimination complaint must include a complete description of the incident, action, or application of rule that directly impacted the submitting AIC and how the AIC believes it has subjected them to discrimination on the basis of race, color, national origin, religion, gender, sex, sexual orientation, marital status, age, disability, or familial status. Your complaint lacks information to support your claim

An AIC may file a discrimination complaint on the same issue as raised in a previously filed complaint provided there is another incident and new information is available about the issue, which would result in a different response than has already been provided, at the discretion of the discrimination complaint coordinator.

Your complaint is being reviewed in OSP_2022_09_052

If you have any questions regarding your discrimination complaint, please refer to the Department of Corrections Administrative Rule "Discrimination Complaints" tab #006 located in the legal library or kyte your institution Discrimination Complaint Coordinator.

**Confidentiality Notice:** This document contains information belonging to the Department of C    This information may be confidential, restricted, and/or legally privileged, and is intended for appropriate and approved use under existing department rules, regulations, confidentiality and    recments. If you have received this document in error, please notify DOC immediately, keep the contents confidential, and promptly destroy the information and/or delete the document inform... from your computer system.

DC # _OSP-2022-09-09 1_

*Official Use Only*                    Resubmit

## DISCRIMINATION COMPLAINT FORM

Name: _Hayes_     _Robert_     _P._     _13013025_     _Seg 2  244_
      Last          First       Initial      SID#         Cell/Block/Bunk #

Please provide the date, time, and location of incident giving rise to your complaint: _9-13-2022  9:59 AM  Medical Room_

Person(s) Involved: _One medical provider_ , _____

Witnesses: _3 nurses_ , _1 C.O._

Describe your complaint in detail, including a description of the time, place, and location of the incident or issue your complaint concerns. Include copies of any relevant documents or materials that support your complaint, along with the names of any persons you think should be questioned.

_Just before lunch at about 9:59 AM in The Seg Medical Room. Names of witnesses_
_are as of yet unknown. Medical provider delayed/postponed/withheld appropriate_
_medical treatment concerning my official diagnosis of S.U.D and O.U.D. My_
_observations lead me to believe Provider was/is discriminatory in her decision To_
_"...wait and see what happens..." as she said. Providers diction indicates unfair_
_prejudice, seemingly based on either her disposition Toward people with addictions_
_, substance use disorders, criminal history, behavioral disorders or pending DOC rule_
_violation allegations, OR Inmates in segregation. Every day I go without Treatment_
_is a day I could potentially, but easily, and quite litterally, die of an opiate over dose._
_I know for fact it has happened before to someone who was denied or delayed_
_medical care. I am an addict. I'm asking for Treatment That is easily accessible_
_appropriate, and That has proven-successful in my medical history._

Describe what action you want taken to resolve your complaint. (How can the problem be solved?)
_My disorder is not arrested at this time. please initiate The sublocade_
_MAT program with me so I can start recovering._

_9-20-2022_                              _Robert P Hayes_
Date                                     Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility RECEIVED SEP 27 2022 OSP/MCCF GRIEVANCE OFFICE | Accepted/Denied/RFC DENIED SEP 28 2022 OSP/MCCF GRIEVANCE OFFICE | Accepted/Denied/RFC |
|---|---|---|---|
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |



# Oregon Department of Corrections (ODOC)
## Oregon State Penitentiary
### Grievance - Returned for Correction(s)

**To:** Hayes, Robert Patrick     **SID #:** 13013025     **Cell:** OSP:SG214
**From:** Kidwell, A     **Date:** 09/20/2022

**Re:** Medical# OSP_2022_09_052

The grievance you submitted is being returned to you due to non-compliance with the Department of Corrections (DOC) Rule #109 (Grievance Review System) for the following reason(s):

Grievances must be legible and written within the appropriate space provided. A grievance may be up to three pages (single-sided) in length. **An AIC must use a grievance form for each page of the grievance.** Grievances that are not legible or contain multiple sentences per line will be returned to the AIC for correction. Do not write outside of designated spaces. Do not write on the top, bottom, or side of form, between the lines or in blank spaces.

You have provided narrative outlining discrimination issues. For discrimination complaints please use the department's Discrimination Complaint Form to have the issue reviewed.

An AIC may only request review of one matter, action, or incident per grievance for issue occurring with-in the 14 day deadline. There are multiple issues addressed in your grievance many of which appear to be well over the 14 day deadline to grieve. Please provide narrative for only the one issue or incident being submitted for review and refrain from narrative that expands the grievance into other matters. . Please refrain from overarching broad narrative to issues not directly related to the single grieved issue.

---

291-109-0225 Grievance and Appeals General Processing Standards

(2) Grievances and grievance appeals returned for correction:

(a) An AIC may elect to resubmit a grievance or grievance appeal that has been returned for correction to the AIC because it does not comply with these rules.

(b) The grievance or grievance appeal may only be resubmitted twice and must be received by the institution grievance coordinator within 14 calendar days from when the grievance or grievance appeal was originally returned to the AIC.

(c) If rewritten, the return receipt and original grievance or grievance appeal must also be attached.

If you have any questions regarding your grievance, please refer to the Department of Corrections Administrative Rule "Grievance Review System" tab #109 located in the legal library or kyte your institution Grievance Coordinator.

Page 1 of 1

**Confidentiality Notice:** This document contains information belonging to the Department of Corrections. This information may be confidential, restricted, and/or legally privileged, and is intended for appropriate and approved use under existing department rules, regulations, confidentiality and security agreements. If you have received this document in error, please notify DOC immediately, keep the contents confidential, and promptly destroy the information and/or delete the document information from your computer system.

Page: 1 of 3 (3 page limit)    Grievance # OSP-2022-09-052

Official Use Only                    Resubmit

**GRIEVANCE FORM**

Name: Hayes    Robert    P.    13012025    Sey 2 214

Last    First    Initial    SID#    Cell/Block/Bunk #

Whom are you grieving: Medical Provider in charge of MAT program

Please provide the date/time of incident giving rise to grievance: 9-13-2022

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

Provider is discriminating against me because of my D.o.R. Provider stated "I don't just put people on MAT" after asking me why I am in SEG. I then provider said "lets wait and see what happens with my hearing. Regardless of the outcome of my hearing I still am qualified to recieve health care for my diagnosis. My diagnosis is not new and is in the DSM VI. I have met all criterea for the MAT program in 3 seperate institutions and been indirectly denied or delayed over the last 3 months. O.S.P. is the third. I am now once again being denied medical treatment that I have been given before and which has been proven to be successful in my recovery and prevention of relapse and which is documented in my medical history. I feel this denial of proper health car is being perpetrated on me due to personal prejudice concerning allegations of a D.R. some that hasn't been completed yet. I feel that, if I am to have proper, proven, previously successful medical treatment withheld from me while incarcerated.    (more)→
(pages)

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

Put me on the MAT sublocade program without further delay or prejudice Please.

9-14-2022                    Robert P Hayes

Date                    Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility RECEIVED SEP 20 2022 OSP/MCCF GRIEVANCE OFFICE | Accepted/Denied/RFC Returned For Correction SEP 20 2022 OSP/MCCF GRIEVANCE OFFICE | Accepted/Denied/RFC |
|---|---|---|---|
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

For grievance information see back page. Distribution: White (Original grievance form); Canary (AIC receipt after processed)    CD 117 (11/2019)

2.

such actions constitute a violation of the Hippocratic oath and it could be argued that some laws are being violated as well. If it were common/acceptable practice to withhold effective medical treatment from an individual do to a rule violation in an Oregon State DOC facility I suspect that would be to the detriment of the health and safety of the individual and potentialy fatal, albeit indirectly, given the fact that addiction is classified as a disease which means its "progressive and fatal if not arrested". Being an addict for over 20 years, I can attest to the reality of the high potential for death among opiate addicts and to the suffering of the untreated individual. Addiction being a bio-psycho-social disease, the suffering of an untreated individual extends to all areas of his/her life.

Regardless of the fact that I didn't commit the alleged rule violations or that I haven't been found guilty of the alleged rule violations as of yet or even if I am found guilty its a violation of my rights to be descriminated against by medical professionals when that descrimination constitutes the denial of or witholding of available appropriate medical treatment. Especially when I am proactively seeking such treatment insted of seeking other ways to alleviate the symptoms of my disorder which could be inconducive to my recovery and overall mental and physicall health, now and in the future. Furthermore, It is my intention to be stabilized on the MAT program before I am released from custody so that my chances of success in recovery are improved and my chances of relapse, overdose and recidivism are minimized. I have lost so many friends and family to overdose and other



# Oregon Department of Corrections (ODOC)
## Oregon State Penitentiary
### Grievance - Denied

**To:** Hayes, Robert Patrick          **SID #:** 13013025          **Cell:** OSP:D-221B
**From:** Kidwell, A                   **Date:** 01/05/2023

**Re:** Non-Medical# OSP_2023_01_003

The grievance you submitted is being returned to you due to non-compliance with the Department of Corrections (DOC) Rule #109 (Grievance Review System) for the following reason(s):

Your grievance has not demonstrated how it qualifies under 291-109-0210. You have not demonstrated misapplication of departmental policies, rules, or other directives, unprofessional actions of department employees, volunteers, or contractors, inadequate medical or mental health treatment, sexual abuse or sexual harassment or excessive use of force by department employees.

The department has the discretion to house AIC's in accordance to the operational needs of the institution.


If you have any questions regarding your grievance, please refer to the Department of Corrections Administrative Rule "Grievance Review System" tab #109 located in the legal library or kyte your institution Grievance/Discrimination Complaint Coordinator.

**Confidentiality Notice:** This document contains information belonging to the Department of Corrections. This information may be confidential, restricted, and/or legally privileged, and is intended for appropriate and approved use under existing department rules, regulations, confidentiality and security s. If you have received this document in error, please notify DOC immediately, keep the contents confidential, and promptly destroy the information and/or delete the document information          omputer system.

Page: ____ of ____ (3 page limit)    Grievance # OSP-2023-01-003

*Official Use Only*    *Resubmit*

**GRIEVANCE FORM**

Name: Hayes    Robert    P    13013025    D 221 B
　　　Last　　　First　　　Initial　　　SID#　　　Cell/Block/Bunk #

Whom are you grieving: O.S.P. Superintenant, Sgt Leopard

Please provide the date/time of incident giving rise to grievance: Dec 13 2022 Through Jan 1st 2023

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

On Dec 13Th I was assigned to a cell in General population D221B. My new cell mate and I were and still are ~~RH~~ not of classifications that are appropriate to be housed together. Both myself and my cellmates 8Th amendment rights are being violated because mixing mental health classificaTions is a Threat To AIC's safety and security. Both his and my own repeated attempts to get mental health Treatment and proper classifications for appropriate housing have been stalled and denied repeatedly. I am on Social Security Disability for multiple diagnosis, one of which is directly related to being a victim of sexual abuse as a child. ~~RH~~ Staff knowingly put me in a cell with a sex offender without giving me the opportunity to refuse. That I Just found out he is an RSO doesn't change the fact that my safety was and is still at risk.

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

Do not house me with any sex offender ever again and remove The threat. Please and Thank You.

Jan 1, 2023
Date

Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility RECEIVED JAN 03 2023 OSP/MCCF GRIEVANCE OFFICE | Accepted/Denied/RFC DENIED JAN 05 2023 OSP/MCCF GRIEVANCE OFFICE | Accepted/Denied/RFC |
|---|---|---|---|
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

For grievance information see back page. Distribution: White (Original grievance form); Canary (AIC receipt after processed)    CD 117 (11/2019)

## OREGON DEPARTMENT OF CORRECTIONS

## AIC COMMUNICATION FORM

TO: Provider                                   Date: 9-26-2022

State your issue in detail: Now that my previously pending DOC. hearing has Been resolved may I begin MAT programs? Before denying me Treatment, ~~the~~ if you feel inclined To do so, please Take Time to consider my 8th amendment rights. also please consider the following... Would an unbiased provider deny MAT to an addict (S.U.D.) for engaging in behavior That is considered addict behavior or That consists of behavior That is observed as a symptom of S.U.D...before treatment, That is. If The very behavior, of this bio/psycho/social behavioral disorder, that is used to determine a patient appropriate to engage in the/a Treatment is used To form or conform To a bias or preconcieved bias, respectively, then how DOES one get the help they need?... assuming said bias is against the patient's goal of getting said Treatment. Given the nature of administration of treatment there is no danger To The safety of the institution or inmates but There is potential danger to The Patient's physical and mental health if rights are violated. There is no justifiable

| AIC Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| Robert P Hayes. | 13013025 | Seg 2 214 |

Response/Action Taken:

→ Reason, Then, to continue to withold any and all medical Treatment, That shows successful results in a patients medical record, when The patient's disorder calls for such Treatments and said Treatments are vigorously monitored during administration by medical professionals and corrections staff. Especially when I only have one option for Treatment (MAT) available To me. If anything, Seg is a more appropriate place to be on such Treatment if staff is concerned about it. Some institutions will only administer MAT To people in a segregated environment. ~~there~~ Thank You.

Date Received: 9/27/22        Referred To*: _____        Response →

Date Answered: 9/27/22  Signature of Staff Member: _____
*If forwarded, please notify the AIC

CD 214 (02/2020)

## OREGON DEPARTMENT OF CORRECTIONS
## AIC COMMUNICATION FORM

**FROM**

INSTITUTION: OSP
AIC NAME: Robert Hayes
SID #: 13013025
UNIT/BUNK: Seg 2 214
ADDRESS:

**TO**

NAME: Medical
TITLE: Provider
ADDRESS:

-------------------------------------------------- (Fold Here) --------------------------------------------------

Medical Response: Addmission to the MAT program is
at the providers discretion of the medical provider.
given the potential for severe adverse effects for
someone to actively be using while on the MAT
program the provider must have a high degree of
confidence the the patient is not actively using.
Given the nature of your infractions you will
not be considered for the MAT program at
this time.

Matt Glaser RN

**OREGON DEPARTMENT OF CORRECTIONS**

**AIC COMMUNICATION FORM**

TO: _Manager / MHS_      Date: _10-27-2022_

State your issue in detail: _I respectfully request a second opinion for MAT because H. Miller is not providing sound medical service. H. Miller allows me to remain at risk of relapse, overdose and other issues associated with illicit drug use and using used paraphenalia. She does so by denying me the only available treatment for my diagnosis on the grounds that a safety issue is or would be present by giving me such treatment. The "safety issue" is one that she refuses to explain, repeatedly stating the same reason on multiple kytes and that "reason" being that I was found guilty by a DOC officer of drug related rule violations that happened over 70 days ago at a different facility (although I maintain that I did not violate any rules, but that doesn't matter). I contest willful indifference to my health concerns by grievance, but that takes time while I remain untreated. One argument is that one should not be denied a particular treatment for a diagnosis when that denial is based on the logic that certain behavior in the past presents a safety issue in the present or future and when said behavior is actually part of the requirements for being_

| AIC Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| Robert P. Hayes | 13013025 | Seg 2 214 |

Response/Action Taken: _diagnosed with the disorder that the treatment is meant to treat. The behavior in question is sought as a symptom, when taking the examination/assesment, of the disorder. So, logic suggests that H. Miller is not providing sound medical care and as I won't presume to understand her logic I FEEL like she's punishing me and/or allowing personal bias to cause harmful circumstances to an AIC by allowing AIC to remain in harmful circumstances, whether potentially or currently emergent. She is litteraly putting my life at risk. Thank you for your time. Please respond to this kyte on the back._

Date Received: _____ Referred To*: _____

Date Answered: _____ Signature of Staff Member: _____

*If forwarded, please notify the AIC

CD 214 (02/2020)

# OREGON DEPARTMENT OF CORRECTIONS
## AIC COMMUNICATION FORM

**FROM**

INSTITUTION: _O.S.P._
AIC NAME: _Robert P. Hayes_
SID #: _13013025_
UNIT/BUNK: _Seg 2  214_
ADDRESS: _____

**TO**

NAME: _Manager of Medical Services_
TITLE: _____
ADDRESS: _____

-------------------------------------------------- (Fold Here) --------------------------------------------------

Noted. Please continue with the grievence
Process. Per medical managers

ROBERT P. HAYES
SID#1301325
OREGON STATE PENITENTIARY
2605 STATE ST.
SALEM, OR 97310

quadient
01/19/2023
US POSTAGE $009.55⁰
PRIORITY MAIL

ZIP 97310
041M11470048

US DISTRICT COURT
1000 S.W. THIRD AVE.
PORTLAND, OR 97205

PRIORITY LEGAL

O.S.P. Legal Library
Legal Mail
Contraband In Any Cell